**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BIALAS, DIANE MARIE      § Case No. 11-05100
                                §
                                §
Debtor(s)                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn St., 7th Floor, Chicago, IL 60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/01/2012 in Courtroom 642, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/21/2012          By:  /s/DEBORAH K. EBNER
                                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BIALAS, DIANE MARIE § Case No. 11-05100
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 19,066.73 |
| *and approved disbursements of* | $ 171.10 |
| *leaving a balance on hand of* [1] | $ 18,895.63 |
| **Balance on hand:** | $ 18,895.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,895.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Deborah K. Ebner | 2,656.67 | 0.00 | 2,656.67 |
| Trustee, Expenses - Deborah K. Ebner | 3.20 | 0.00 | 3.20 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,659.87 |
| Remaining balance: | $ 16,235.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 16,235.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,262.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | IRS Priority Debt | 6,262.00 | 0.00 | 6,262.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,262.00 |
| Remaining balance: | $ | 9,973.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,999.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,862.26 | 0.00 | 2,980.77 |
| 3 | Chase Bank USA, N.A. | 153.68 | 0.00 | 46.45 |
| 4 | Capital One Bank (USA), N.A. | 9,080.92 | 0.00 | 2,744.62 |
| 5 | FIA Card Services, NA/Bank of America | 13,902.59 | 0.00 | 4,201.92 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,973.76 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $   0.00

Prepared By: /s/DEBORAH K. EBNER
                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-05100-SPS
Diane Marie Bialas                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon              Page 1 of 3              Date Rcvd: Mar 22, 2012
                              Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2012.
```
db          +Diane Marie Bialas,    7624 W Lawrence,   APT# 3A,    Harwood Heights, IL 60706-3447
16795745    +Bank of America,    Bankruptcy Dept,    PO Box 53132,    Phoenix, AZ 85072-3132
16795740   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
16795734    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16795737    +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17033807    +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas,Tx 75374-0933
16795743    +Citi,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
16795731    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16795732    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16795736    +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
16795738    +Laura Franzen,    2407 Orchid Ct,    Naperville, IL 60540-9239
16795746    +Oriole Point Condo Association,    C/O Hillcrest Property Mgmt,    55 W. 22nd Ste, Ste 310,
             Lombard, IL 60148-4889
16795733    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16795739    +WFF Cards,    Attn: Bankruptcy Dept.,    3201 N 4Th Ave,    Sioux Falls, SD 57104-0700
16795730    +Wffinance,    Attn: Bankruptcy Dept.,    800 Walnut St,    Des Moines, IA 50309-3504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17080367     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2012 02:32:37     Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
16977812     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2012 02:34:04     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
16795741    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2012 02:34:04     Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,    Wilmington, DE 19850-5316
17416144     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2012 02:32:37
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16795747    +E-mail/Text: cio.bncmail@irs.gov Mar 23 2012 01:00:12     IRS Priority Debt,
             Attn: Bankruptcy Dept.,   PO Box 7346,    Philadelphia, PA 19101-7346
16795735    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 23 2012 01:01:41     Kohls/Chase,
             Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16795744*   +Laura Franzen,    2407 Orchid Ct,   Naperville, IL 60540-9239
16795742   ##+BANK OF America,    Attn: Bankruptcy Dept.,   Po Box 1598,    Norfolk, VA 23501-1598
                                                                                  TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon            Page 2 of 3            Date Rcvd: Mar 22, 2012
                              Form ID: pdf006          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2012**                     **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 3 of 3                  Date Rcvd: Mar 22, 2012
                               Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2012 at the address(es) listed below:
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Jonathan D Parker    on behalf of Debtor Diane Bialas ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 3