# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BIALAS, DIANE MARIE             Case No. 11-05100

Chapter 7

    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00　　　　　　　　　　Assets Exempt: $21,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,235.76　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $59,462.69

Total Expenses of Administration: $2,830.97

---

3) Total gross receipts of $ 19,066.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,066.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,223.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,830.97 | 2,830.97 | 2,830.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,262.00 | 6,262.00 | 6,262.00 | 6,262.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,583.00 | 32,999.45 | 32,999.45 | 9,973.76 |
| **TOTAL DISBURSEMENTS** | $273,068.00 | $42,092.42 | $42,092.42 | $19,066.73 |

4) This case was originally filed under Chapter 7 on February 10, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2012          By: /s/DEBORAH K. EBNER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock and interests in incorporated and unincorp | 1129-000 | 7,221.00 |
| Stock and interests in incorporated and unincorp | 1129-000 | 11,845.50 |
| Interest Income | 1270-000 | 0.23 |
| **TOTAL GROSS RECEIPTS** | | **$19,066.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wffinance | 4110-000 | 200,223.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$200,223.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 2,656.67 | 2,656.67 | 2,656.67 |
| Deborah K. Ebner | 2200-000 | N/A | 3.20 | 3.20 | 3.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New york Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties | 2300-000 | N/A | 21.10 | 21.10 | 21.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,830.97 | $2,830.97 | $2,830.97 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | IRS Priority Debt | 5800-000 | 6,262.00 | 6,262.00 | 6,262.00 | 6,262.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,262.00 | $6,262.00 | $6,262.00 | $6,262.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,979.00 | 9,862.26 | 9,862.26 | 2,980.77 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 33.00 | 153.68 | 153.68 | 46.45 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 8,227.00 | 9,080.92 | 9,080.92 | 2,744.62 |
| 5 | FIA Card Services, NA/Bank of America | 7100-000 | 12,907.00 | 13,902.59 | 13,902.59 | 4,201.92 |
| NOTFILED | Kohl's/Chase | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | WFF Cards | 7100-000 | 7,332.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Carson's | 7100-000 | 118.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 5,691.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | 6,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 16,418.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,583.00 | $32,999.45 | $32,999.45 | $9,973.76 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-05100  
**Case Name:** BIALAS, DIANE MARIE  

**Period Ending:** 09/11/12

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/10/11 (f)  
**§341(a) Meeting Date:** 03/15/11  
**Claims Bar Date:** 06/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7624 W Lawrence 3A Harwood Heights, IL 60706 - | 159,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 90.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings, including audio | 1,400.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures and other art objects, antiques, | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and jewelry. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Interests in IRA, ERISA, Keogh, or other pension | 2,200.00 | 0.00 | | 0.00 | FA |
| 10 | Interests in IRA, ERISA, Keogh, or other pension | Unknown | 0.00 | | 0.00 | 0.00 |
| 11 | Stock and interests in incorporated and unincorp | 13,883.00 | 11,723.00 | | 7,221.00 | FA |
| 12 | Stock and interests in incorporated and unincorp | 7,229.00 | 7,229.00 | | 11,845.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.23 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$184,402.00** | **$18,952.00** | | **$19,066.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee in process of liquidating stock in name of debtor's husband.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** March 21, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-05100  
**Case Name:** BIALAS, DIANE MARIE  

**Taxpayer ID #:** **-***8724  
**Period Ending:** 09/11/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/26/11 | {11} | Diane Bialas/ Laura Perna | liquidation of deceased Husband's stock and turnover of funds by debtor | 1129-000 | 7,221.00 | | 7,221.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,196.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,196.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,171.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,171.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,146.11 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest | 1270-000 | 0.06 | | 7,146.17 |
| 12/30/11 | | The Bank of New york Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,121.17 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,121.23 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,096.23 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,071.23 |
| 03/08/12 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-05100, Bond # 016026455 | 2300-000 | | 21.10 | 7,050.13 |
| 03/13/12 | {12} | Bialas, Diane | stock sale net of exemption claim | 1129-000 | 11,845.50 | | 18,895.63 |
| 05/02/12 | 1002 | Deborah K. Ebner | Dividend paid 100.00% on $2,656.67, Trustee Compensation; Reference: | 2100-000 | | 2,656.67 | 16,238.96 |
| 05/02/12 | 1003 | IRS Priority Debt | Dividend paid 100.00% on $6,262.00; Claim# 2 -2; Filed: $6,262.00; Reference: | 5800-000 | | 6,262.00 | 9,976.96 |
| 05/02/12 | 1004 | Discover Bank | Dividend paid 30.22% on $9,862.26; Claim# 1; Filed: $9,862.26; Reference: | 7100-000 | | 2,980.77 | 6,996.19 |
| 05/02/12 | 1005 | Chase Bank USA, N.A. | Dividend paid 30.22% on $153.68; Claim# 3; Filed: $153.68; Reference: | 7100-000 | | 46.45 | 6,949.74 |
| 05/02/12 | 1006 | Capital One Bank (USA), N.A. | Dividend paid 30.22% on $9,080.92; Claim# 4; Filed: $9,080.92; Reference: | 7100-000 | | 2,744.62 | 4,205.12 |
| 05/02/12 | 1007 | FIA Card Services, NA/Bank of America | Dividend paid 30.22% on $13,902.59; Claim# 5; Filed: $13,902.59; Reference: | 7100-000 | | 4,201.92 | 3.20 |
| 05/02/12 | 1008 | Deborah K. Ebner | COMBINED SMALL CHECK | 2200-000 | | 3.20 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 19,066.73 | 19,066.73 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 19,066.73 | 19,066.73 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$19,066.73** | **$19,066.73** | |

{} Asset reference(s)

Printed: 09/11/2012 11:48 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-05100 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | BIALAS, DIANE MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Checking Account |
| Taxpayer ID #: | **-***8724 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/11/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******55-65** | **19,066.73** | **19,066.73** | **0.00** |
| | **$19,066.73** | **$19,066.73** | **$0.00** |

{} Asset reference(s)    Printed: 09/11/2012 11:48 PM    V.13.02